**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,

    **Plaintiff,**

        **v.**                              **Criminal No.** 22-131 (FAB)

JOHN BLAKEMAN [1],

    **Defendant.**

**JUDGMENT**

In accordance with the Order entered today (Docket No. 34), this case is **DISMISSED with prejudice**.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, January 28, 2026.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE